<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7274**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

CLIFTON JERMAINE SWINTON, a/k/a Compton,

          Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Chief District Judge. (4:09-cr-01145-TLW-1)

Submitted: November 19, 2015    Decided: November 24, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clifton Jermaine Swinton, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Jermaine Swinton appeals the district court's order denying his 18 U.S.C. § 3582(c) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Swinton, No. 4:09-cr-01145-TLW-1 (D.S.C. July 29, 2015). We deny Swinton's motions for a transcript at government expense and to appoint counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED